# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

U.S. Equal Employment Opportunity Commission
                                                    Plaintiff,

v.                                                                   Case No.: 1:23−cv−14302
                                                                             Honorable Young B. Kim

Alliance Ground International LLC
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for the entry of consent decree [52] is granted. The government is directed to email the court (proposed_order_kim@ilnd.uscourts.gov) by February 14, 2025, a Word version of the Consent Decree to be entered. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.